UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA CARNESE,<br>          Plaintiff,<br><br>v.<br><br>MERIDEN BOARD OF EDUCATION,<br>          Defendant | CIVIL ACTION NO. 3:20-CV-01063-JCH<br><br><br><br><br>FEBRUARY 5, 2021 |

JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), both parties in the above-captioned action hereby request that the Court dismiss this case without prejudice so that the claims can be consolidated with the claims in the pending State Court claim entitled Carnese v. Meriden Board of Education, MMX-CV20-6029004-S.

THE PLAINTIFF,
PATRICIA CARNESE,

_/s/ Michael E. Satti_
Michael E. Satti (CT 01311)
Rebecca S. Malinguaggio (ct30549)
Michael E. Satti Attorney at Law, LLC
125 Eugene O'Neill Drive, Ste. 105
New London, CT 06320
Phone: 860-599-5988
Fax: 860-442-4420
Email: msatti@satti-law.com
-HER ATTORNEY-

THE DEFENDANT
MERIDEN BOARD OF EDUCATION

_/s/_
Stuart C. Johnson, Esq. (ct20277)
Joyce A. Lagnese (ct05527)
DanaherLagnese, PC
21 Oak Street, Ste 700
Hartford, CT, 06106
Phone: (860) 247-3666
Fax: (860) 547-1321
Email: sjohnson@danaherlagnese.com;
jlagnese@danaherlagnese.com
Its attorneys

1

## **CERTIFICATION**

This is to certify that a copy of the foregoing was served electronically through the Court's CM/ECF System this 24th day of February, 2021 to the following counsel of record:

**Stuart C. Johnson**
**Joyce A. Lagnese**
Danaher Lagnese, PC
21 Oak Street, Ste 700
Hartford, CT 06106
sjohnson@danaherlagnese.com
jlagnese@danaherlagnese.com

*/s/ Michael E. Satti*
Michael E. Satti